Jeffrey R. Olson, SBN 120945
Stephanie Y. Wu, SBN 268948
**MCCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP**
1125 I Street, Suite 1
Modesto, California 95354
T: (209) 524-1100 | F: (209) 524-1188
jeffrey.olson@mccormickbarstow.com
stephanie.wu@mccormickbarstow.com

Attorneys for Defendants LIBERTY UNION
HIGH SCHOOL DISTRICT, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH UNVERFERTH and P.C., a minor, by and through his guardian ad litem SARAH UNVERFERTH,<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY UNION HIGH SCHOOL DISTRICT, ERIC VOLTA, JOHN SAYLOR, PATRICK WALSH, JENNIFER KOETT, ILENE FOSTER, and SANDRA GUARDADO, and DOES 1-30,<br><br>Defendants. | Case No. 3:15-cv-01721-EMC<br><br>**STIPULATION AND [*PROPOSED*] ORDER TO (1) EXTEND TIME TO COMPLETE MEDIATION AND (2) CONTINUE FURTHER STATUS CONFERENCE**<br><br>Judge:   Hon. Edward M. Chen |

## STIPULATION

Plaintiffs SARAH UNVERFERTH and P.C., a minor, by and through his guardian ad litem Sarah Unverferth (collectively "Plaintiffs") and Defendants LIBERTY UNION HIGH SCHOOL DISTRICT, ERIC VOLTA, JOHN SAYLOR, PATRICK WALSH, JENNIFER KOETT, ILENE FOSTER, and SANDRA GUARDADO (collectively "Defendants"), by and through their counsel, hereby stipulate as follows:

WHEREAS, the Court, following the November 9, 2015 Case Management Conference, issued Civil Minutes [Doc. 59] and a Case Management and Pretrial Order [Doc. 60], (1) referring this matter to ADR for mediation, (2) ordering that such mediation be completed within 120 days – *i.e.,* by **March 8, 2016**, (3) allowing the Parties to conduct limited discovery to facilitate said mediation, and

(4) setting the matter for a post-mediation Further Status Conference on April 14, 2016.

WHEREAS, the crux of Plaintiff P.C.'s damages claim in this action is founded upon the contention that he has suffered physical injuries as well as significant psychological and emotional harm as a result of Defendants' conduct;

WHEREAS, with respect to Plaintiff P.C.'s damages claim, Defendants, who also contest all other aspects of Plaintiffs' claims, including liability and causation, contend, among other things, that Plaintiff P.C. did not suffer the alleged injuries for which he now seeks recovery, and/or that such alleged injuries/conditions were pre-existing and/or were otherwise not caused by any unlawful, wrongful, negligent, or other conduct by Defendants sufficient to give rise to a finding of liability against, or warrant recovery from, Defendants for such injuries.

WHEREAS, the Parties, in a good faith effort to facilitate discovery and prepare for mediation, have already met and conferred regarding, and agreed upon, the scope of Defendants' discovery relating to Plaintiff P.C.'s mental health history and records, along with the form and language of the HIPAA release form to be used in connection with the subpoena of such records; and Defendants have requested and Plaintiffs have agreed to provide information concerning the several mental health providers/facilities that provided Plaintiff P.C. with services, prior and subsequent to the subject incident, so as to allow Defendants to obtain Plaintiff P.C.'s mental health records from such providers;

WHEREAS, Defendants have not yet been able to obtain Plaintiff P.C.'s mental health records, as Plaintiff P.C.'s guardian ad litem, Sarah Unverferth, despite her ongoing diligence and good faith efforts, is still in the process of gathering, but has not yet been able to provide Defendants, the information necessary to obtain such records;

WHEREAS, the Parties agree that Plaintiff P.C.'s mental health records are essential to the parties and mediator's ability to evaluate Plaintiffs' claims, particularly concerning the issues of causation and damages;

WHEREAS, the Parties also believe and agree that, due to the unanticipated delay in discovery, which occurred despite the Parties' reasonable efforts otherwise , there exists good cause to continue the March 8, 2016 mediation deadline, so as to allow the Parties sufficient time to obtain the

information necessary to engage in a meaningful and productive mediation;

IT IS HEREBY STIPULATED, by and among the Parties to this action, that, based on the foregoing, and in consideration of counsels' existing trial calendar, the Parties' March 8, 2016 deadline to complete **MEDIATION** shall be continued to **June 22, 2016**, and the April 14, 2016 **FURTHER STATUS CONFERENCE** shall be continued **July 18, 2016**.

*IT IS SO STIPULATED.*

Dated:  January 21, 2016                           McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP


By: /s/ STEPHANIE Y. WU
Stephanie Y. Wu
Attorneys for Defendants LIBERTY UNION HIGH SCHOOL DISTRICT, ERIC VOLTA, JOHN SAYLOR, PATRICK WALSH, JENNIFER KOETT, ILENE FOSTER, and SANDRA GUARDADO


Dated:  January 21, 2016                           LAW OFFICES OF TODD BOLEY


By: /s/ JUSTIN P. YOUNG
Justin P. Young
Attorneys for Plaintiffs SARAH UNVERFERTH and P.C., a minor, by and through his guardian ad litem SARAH UNVERFERTH

49912-00188 3739459.1

[*PROPOSED*]
**ORDER**

Pursuant to the foregoing Stipulation of the Parties, it is hereby ordered that:

1. The Parties' March 8, 2016 deadline to complete **Mediation** is continued to **June 22, 2016**, and

2. The April 14, 2016 **Further Status Conference** is continued to **July 1~~8~~, 2016** (21).

***IT IS SO ORDERED.***

Dated: January 27, 2016

_____
UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen