UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH UNVERFERTH, et al.,<br><br>    Plaintiffs,<br><br>        v.<br><br>LIBERTY UNION HIGH SCHOOL DISTRICT, et al.,<br><br>    Defendants. | Case No. 15-cv-01721-EMC<br><br>**ORDER RE JOINT LETTER OF SEPTEMBER 1, 2016**<br><br>Docket No. 72 |

The Court has reviewed the parties' joint letter, dated September 1, 2016, regarding a discovery dispute. Having considered the joint letter, the Court hereby orders Defendants to produce the requested documents, if any, to the extent they relate to Mr. Quintanilla's conduct affecting the safety of others (*e.g.*, bullying, threats, assaults, etc.). Because the deadline to complete mediation is September 20, 2016, and there is no indication that production would be unduly burdensome on Defendants, the Court orders that the production be made forthwith. Documents produced shall be subject to a protective order. The parties should meet and confer to discuss whether, *e.g.*, the names of any alleged victims may be redacted.

**IT IS SO ORDERED**.

Dated: September 12, 2016

_____
EDWARD M. CHEN
United States District Judge