| | |
|---|---|
| Stephanie Y. Wu, SBN 268948<br>**MCCORMICK, BARSTOW, SHEPPARD,<br>WAYTE & CARRUTH LLP**<br>1125 I Street, Suite 1<br>Modesto, California 95354<br>T: (209) 524-1100 \| F: (209) 524-1188<br>jeffrey.olson@mccormickbarstow.com<br>stephanie.wu@mccormickbarstow.com<br><br>Attorneys for Defendants LIBERTY UNION<br>HIGH SCHOOL DISTRICT, et al. | Todd Boley, SBN 68119<br>Justin Young, SBN 258062<br>**LAW OFFICES OF TODD BOLEY**<br>2381 Mariner Square Drive, Suite 280<br>Alameda, California 94501<br>T: (510) 836-4500<br>F: (510) 649-5170<br>young@boleylaw.com<br>boley@boleylaw.com<br><br>Attorneys for Plaintiffs SARAH<br>UNVERFERTH, et al. |

Peter W. Alfert, SBN 83139
HINTON ALFERT, P.C.
200 Pringle Avenue, Suite #450
Walnut Creek, California 94596
T: (925) 279-3009
F: (925) 279-3342
palfert@hintonalfert.com

Attorneys for Plaintiffs SARAH
UNVERFERTH, et al.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH UNVERFERTH and P.C., a minor, by and through his guardian ad litem SARAH UNVERFERTH,<br><br>        Plaintiffs,<br><br>    v.<br><br>LIBERTY UNION HIGH SCHOOL DISTRICT, ERIC VOLTA, JOHN SAYLOR, PATRICK WALSH, JENNIFER KOETT, ILENE FOSTER, and SANDRA GUARDADO, and DOES 1-30,<br><br>        Defendants. | Case No. 3:15-cv-01721-EMC<br><br>**JOINT STIPULATION AND [~~PROPOSED~~]<br>ORDER TO CONTINUE FURTHER<br>STATUS CONFERENCE**   (modified)<br><br>Judge:   Hon. Edward M. Chen |

## STIPULATION

Plaintiffs SARAH UNVERFERTH and P.C., a minor, by and through his guardian ad litem Sarah Unverferth (collectively "Plaintiffs") and Defendants LIBERTY UNION HIGH SCHOOL DISTRICT, ERIC VOLTA, JOHN SAYLOR, PATRICK WALSH, JENNIFER KOETT, ILENE FOSTER, and SANDRA GUARDADO (collectively "Defendants"), by and through their counsel,

hereby stipulate as follows:

WHEREAS, the parties and their counsel participated in mediation, per the court's order, on September 13, 2016 and reached an agreement to settle the entire action;

WHEREAS, the parties are in the process of preparing the necessary documents and pleadings required to effectuate settlement and dismiss the entire action, including a release of claims and petition for approval of minor's compromise;

WHEREAS, the parties, in light of the settlement reached at mediation, have discussed and agreed to a 90-day continuance of the Further Status Conference, currently scheduled for October 6, 2016, along with a 90-day continuance of all other dates and deadlines set forth in the Case Management and Pretrial Order for Jury Trial [Doc. 60] entered by the Court on November 9, 2015;

IT IS HEREBY STIPULATED, by and among the parties to this action, that the October 6, 2016 Further Status Conference and all dates and deadlines set forth in the Court's Case Management and Pretrial Order for Jury Trial [Doc. 60], including all dates related to the pretrial conference and trial date, including, without limitation, discovery cut-offs and expert witness disclosures and discovery, be continued by at least 90 days.

**IT IS SO STIPULATED.**

Dated: September 27, 2016

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: /S/ STEPHANIE Y. WU
Stephanie Y. Wu
Attorneys for Defendants LIBERTY UNION HIGH SCHOOL DISTRICT, et al.

Dated: September 27, 2016

LAW OFFICES OF TODD BOLEY

By: /S/ JUSTIN P. YOUNG
Justin P. Young
Attorneys for Plaintiffs SARAH UNVERFERTH, et al.

[*PROPOSED*]
**ORDER**

Pursuant to the foregoing Stipulation of the Parties, it is hereby ordered that:

1. The Further Status Conference currently set for October 6, 2016 be continued to Dec. 8, 2016, at 1030 a.m.

2. All dates and deadlines set forth in the Court's Case Management and Pretrial Order for Jury Trial [Doc. 60], including all dates related to the pretrial conference and trial date, including, without limitation, discovery cut-offs and expert witness disclosures and discovery, be continued by 90 days. The discovery deadlines and last day to hear dispositive motion (February 2, 2017) are vacated. April 18, 2017 Pretrial Conference and May 15, 2017 Jury Trial remain on calendar.

**IT IS SO ORDERED.**

Dated: ___9/30___, 2016

_____
UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

49912-00188 4110636.1