Stephanie Y. Wu, SBN 268948
**MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP**
1125 I Street, Suite 1
Modesto, California 95354
T: (209) 524-1100 | F: (209) 524-1188
jeffrey.olson@mccormickbarstow.com
stephanie.wu@mccormickbarstow.com

Attorneys for Defendants LIBERTY UNION HIGH SCHOOL DISTRICT, et al.

Todd Boley, SBN 68119
Justin Young, SBN 258062
**LAW OFFICES OF TODD BOLEY**
2381 Mariner Square Drive, Suite 280
Alameda, California 94501
T: (510) 836-4500
F: (510) 649-5170
young@boleylaw.com
boley@boleylaw.com

Attorneys for Plaintiffs SARAH UNVERFERTH, et al.

Peter W. Alfert, SBN 83139
**HINTON ALFERT, P.C.**
200 Pringle Avenue, Suite #450
Walnut Creek, California 94596
T: (925) 279-3009
F: (925) 279-3342
palfert@hintonalfert.com

Attorneys for Plaintiffs SARAH UNVERFERTH, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH UNVERFERTH and P.C., a minor, by and through his guardian ad litem SARAH UNVERFERTH,<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY UNION HIGH SCHOOL DISTRICT, ERIC VOLTA, JOHN SAYLOR, PATRICK WALSH, JENNIFER KOETT, ILENE FOSTER, and SANDRA GUARDADO, and DOES 1-30,<br><br>Defendants. | Case No. 3:15-cv-01721-EMC<br><br>**JOINT STIPULATION AND [*PROPOSED*] ORDER TO CONTINUE FURTHER STATUS CONFERENCE**<br><br>Judge:   Hon. Edward M. Chen |

## **S T I P U L A T I O N**

Plaintiffs SARAH UNVERFERTH and P.C., a minor, by and through his guardian ad litem Sarah Unverferth (collectively "Plaintiffs") and Defendants LIBERTY UNION HIGH SCHOOL DISTRICT, ERIC VOLTA, JOHN SAYLOR, PATRICK WALSH, JENNIFER KOETT, ILENE FOSTER, and SANDRA GUARDADO (collectively "Defendants"), by and through their counsel,

1
STIPULATION AND [PROPOSED] ORDER
3:15-cv-01721-EMC

1  hereby stipulate as follows:

2      WHEREAS, the parties and their counsel participated in mediation, per the court's order, on
3  September 13, 2016 and reached an agreement to settle the entire action;

4      WHEREAS, on September 30, 2016, the parties entered into a stipulation and the court signed
5  an order continuing the status conference of October 6, 2016 until December 8, 2016 (Doc. No. 76);

6      WHEREAS, the parties have been diligently working to prepare the necessary documents and
7  pleadings required to effectuate settlement and dismiss the entire action, including a release of claims
8  and petition for approval of minor's compromise;

9      WHEREAS, the Plaintiffs have yet to complete all of the necessary paperwork pertaining to
10 the structure of the settlement due to significant family issues in the last two months, including an
11 unexpected death in the Plaintiffs' immediate family;

12     WHEREAS, the parties, in light of Plaintiffs' inability to complete the needed paperwork
13 because of said family issues, have discussed and agreed to a 30-day continuance of the Further Status
14 Conference, currently scheduled for December 8, 2016;

15     IT IS HEREBY STIPULATED, by and among the parties to this action, that the December 8,
16 2016 Further Status Conference be continued by at least 30 days.

17 **IT IS SO STIPULATED.**

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
1125 I St., Suite 1
Modesto, CA 95354

2
STIPULATION AND [PROPOSED] ORDER
3:15-cv-01721-EMC

1  Dated: December 1, 2016                    McCORMICK, BARSTOW, SHEPPARD,
2                                                          WAYTE & CARRUTH LLP

3                                                 By:        /S/ STEPHANIE Y. WU
                                                              Stephanie Y. Wu
4                                                    Attorneys for Defendants LIBERTY UNION
                                                         HIGH SCHOOL DISTRICT, et al.

7  Dated: December 1, 2016                    LAW OFFICES OF TODD BOLEY

8                                                 By:        /S/ JUSTIN P. YOUNG
                                                              Justin P. Young
9                                                    Attorneys for Plaintiffs SARAH
10                                                          UNVERFERTH, et al.

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
1125 I St., Suite 1
Modesto, CA 95354

3
STIPULATION AND [PROPOSED] ORDER
3:15-cv-01721-EMC

[*PROPOSED*]

**ORDER**

Pursuant to the foregoing Stipulation of the Parties, it is hereby ordered that:

1. The Further Status Conference currently set for December 8, 2016 will be continued to January 26, 2017 at 10:30 a.m.

*IT IS SO ORDERED.*

Dated: Dec. 1, 2016



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

UNITED STATES DISTRICT COURT JUDGE

49912-00188 4110636.1