| | |
|---|---|
| Stephanie Y. Wu, SBN 268948<br>**MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP**<br>1125 I Street, Suite 1<br>Modesto, California 95354<br>T: (209) 524-1100 \| F: (209) 524-1188<br>jeffrey.olson@mccormickbarstow.com<br>stephanie.wu@mccormickbarstow.com<br><br>Attorneys for Defendants LIBERTY UNION HIGH SCHOOL DISTRICT, et al. | Todd Boley, SBN 68119<br>Justin Young, SBN 258062<br>**LAW OFFICES OF TODD BOLEY**<br>2381 Mariner Square Drive, Suite 280<br>Alameda, California 94501<br>T: (510) 836-4500<br>F: (510) 649-5170<br>young@boleylaw.com<br>boley@boleylaw.com<br><br>Attorneys for Plaintiffs SARAH UNVERFERTH, et al. |

Peter W. Alfert, SBN 83139
**LAW OFFICES OF PETER ALFERT, APC**
200 Pringle Avenue, Suite 450
Walnut Creek, California 94596
T: (925) 279-3009
F: (925) 279-3342
peter@alfertlaw.com

Attorneys for Plaintiffs SARAH UNVERFERTH, et al.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH UNVERFERTH and P.C., a minor, by and through his guardian ad litem SARAH UNVERFERTH,<br><br>                           Plaintiffs,<br><br>             v.<br><br>LIBERTY UNION HIGH SCHOOL DISTRICT, ERIC VOLTA, JOHN SAYLOR, PATRICK WALSH, JENNIFER KOETT, ILENE FOSTER, and SANDRA GUARDADO, and DOES 1-30,<br><br>                           Defendants. | Case No. 3:15-cv-01721-EMC<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE FURTHER STATUS CONFERENCE**<br><br>Judge:   Hon. Edward M. Chen |

# STIPULATION

Plaintiffs SARAH UNVERFERTH and P.C., a minor, by and through his guardian ad litem Sarah Unverferth (collectively "Plaintiffs") and Defendants LIBERTY UNION HIGH SCHOOL DISTRICT, ERIC VOLTA, JOHN SAYLOR, PATRICK WALSH, JENNIFER KOETT, ILENE FOSTER, and SANDRA GUARDADO (collectively "Defendants"), by and through their counsel, hereby stipulate as follows:

WHEREAS, the parties and their counsel participated in mediation, per the court's order, on September 13, 2016 and reached an agreement to settle the entire action;

WHEREAS, on September 30, 2016, the parties entered into a stipulation and the court signed an order continuing the status conference of October 6, 2016 until December 8, 2016 (Doc. No. 76);

WHEREAS, on December 1, 2016, the parties entered into a stipulation and the court signed an order continuing the status conference of December 8, 2016 until January 26, 2017 so that Plaintiffs could have additional time to prepare the necessary paper pertaining to the structure of the settlement (Doc. No. 79);

WHEREAS, on January 11, 2017, Plaintiffs filed a motion for order confirming settlement of minor's claims and noticed the motion for hearing on February 16, 2017 (Doc. No. 81);

WHEREAS, the parties, in light of filing of Plaintiffs' motion for order confirming settlement of the minor's claims and the hearing having been set for February 16, 2017, have discussed and agreed to a 30-day continuance of the Further Status Conference, currently scheduled for January 26, 2017;

IT IS HEREBY STIPULATED, by and among the parties to this action, that the January 26, 2017 Further Status Conference be continued by at least 30 days.

***IT IS SO STIPULATED.***

1  Dated: January 19, 2017                    McCORMICK, BARSTOW, SHEPPARD,
2                                                                      WAYTE & CARRUTH LLP

3                                                           By:            */S/ STEPHANIE Y. WU*
                                                                            Stephanie Y. Wu
4                                                               Attorneys for Defendants LIBERTY UNION
                                                                       HIGH SCHOOL DISTRICT, et al.
5

6

7  Dated: January 19, 2017                         LAW OFFICES OF TODD BOLEY

8                                                           By:            */S/ JUSTIN P. YOUNG*
                                                                            Justin P. Young
9                                                               Attorneys for Plaintiffs SARAH
                                                                           UNVERFERTH, et al.
10

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
1125 I ST., SUITE 1
MODESTO, CA 95354

3
STIPULATION AND [PROPOSED] ORDER
3:15-cv-01721-EMC

[*PROPOSED*]

**O R D E R**

Pursuant to the foregoing Stipulation of the Parties, it is hereby ordered that:

1. The Further Status Conference currently set for January 26, 2017 will be continued to  March 2, 2017  at 10:30 a.m.

**IT IS SO ORDERED.**

Dated:  January 19 , 2017    _____
HON. EDWARD M. CHEN
UNITED STATES DISTRICT COURT JUDGE