Stephanie Y. Wu, SBN 268948
**MCCORMICK, BARSTOW, SHEPPARD,**
**WAYTE & CARRUTH LLP**
1125 I Street, Suite 1
Modesto, California 95354
T: (209) 524-1100 | F: (209) 524-1188
jeffrey.olson@mccormickbarstow.com
stephanie.wu@mccormickbarstow.com

*Attorneys for Defendants,*
LIBERTY UNION HIGH SCHOOL
DISTRICT, et al.

Todd Boley, SBN 68119
Justin Young, SBN 267315
**LAW OFFICES OF TODD BOLEY**
2381 Mariner Square Drive, Suite 280
Alameda, California 94501
T: (510) 836-4500
F: (510) 649-5170
young@boleylaw.com
boley@boleylaw.com

*Attorneys for Plaintiffs,*
SARAH UNVERFERTH, et al.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

SARAH UNVERFERTH and P.C., a minor, by and through his guardian ad litem SARAH UNVERFERTH,

Plaintiffs,

v.

LIBERTY UNION HIGH SCHOOL DISTRICT, ERIC VOLTA, JOHN SAYLOR, PATRICK WALSH, JENNIFER KOETT, ILENE FOSTER, and SANDRA GUARDADO, and DOES 1-30,

Defendants.

Case No. 3:15-cv-01721-EMC

**STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE**

Judge: Hon. Edward M. Chen

Plaintiffs SARAH UNVERFERTH and P.C., a minor, by and through his guardian ad litem Sarah Unverferth (collectively "Plaintiffs") and Defendants LIBERTY UNION HIGH SCHOOL DISTRICT, ERIC VOLTA, JOHN SAYLOR, PATRICK WALSH, JENNIFER KOETT, ILENE FOSTER, and SANDRA GUARDADO (collectively "Defendants"), by and through their counsel, hereby stipulate as follows:

**WHEREAS**, the parties and their counsel participated in mediation, per the court's order, on September 13, 2016 and reached an agreement to settle the entire action;

**WHEREAS**, the Court issued an Order Granting Plaintiffs' Motion for Order Confirming Settlement of Minor's Claims, on February 16, 2017 (Doc. 88) (the "Order"); and

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
1125 I ST., SUITE 1
MODESTO, CA 95354

3:15-cv-01721-EMC

1    **WHEREAS**, Plaintiffs have executed a Release Agreement and Defendants have issued

2    payment to Plaintiff consistent with the settlement reached at mediation on September 13, 2016

3    and the Court's order granting Plaintiffs' Motion for Order Confirming Settlement, which is

4    conditional upon the Court's entry of order dismissing this matter in its entirety,

5    **IT IS HEREBY STIPULATED**, by and among the parties to this action, that:

6    1.    The above-captioned action in its entirety is to be dismissed, with prejudice, and

7    2.    Each of the parties is to bear its own attorneys' fees, costs, and expenses associated

8    with this action, and

9    3.    The Court shall retain jurisdiction over this matter to enforce the terms of the

10   Release Agreement, executed on March 28, 2017.

11   **IT IS SO STIPULATED.**

12   Dated:  March 28, 2017                    McCORMICK, BARSTOW, SHEPPARD,
                                               WAYTE & CARRUTH LLP

13

14

15                                            By: _____/s/ STEPHANIE Y. WU_____

16                                               Stephanie Y. Wu
                                                 Attorneys for Defendants,
17                                            LIBERTY UNION HIGH SCHOOL DISTRICT,
                                               ERIC VOLTA, JOHN SAYLOR, PATRICK
18                                            WALSH, JENNIFER KOETT, ILENE FOSTER,
                                               and SANDRA GUARDADO

19

20   Dated:  March 29, 2017                    LAW OFFICES OF TODD BOLEY

21

22

23                                            By: _____/s/ TODD A. BOLEY_____

                                                 Todd A. Boley
24                                               Attorneys for Plaintiffs,
                                              SARAH UNVERFERTH and P.C., a minor, by and
25                                               through his guardian ad litem SARAH
                                                 UNVERFERTH

26

27

28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
1125 I ST., SUITE 1
MODESTO, CA 95354

2                                    3:15-cv-01721-EMC

[*PROPOSED*]
## ORDER

The Court, having considered the stipulation of the parties and good cause appearing therefor, **HEREBY ORDERS THAT**:

1.     The action in its entirety is dismissed, with prejudice, and

2.     Each of the parties shall bear its own attorneys' fees, costs, and expenses associated with this action

3.     The Court shall retain jurisdiction over this matter to enforce the terms of the Release Agreement, executed on March 28, 2017.

Dated: _____3/31/2017_____



Honorable Edward M. Chen
United States District Court Judge

IT IS SO ORDERED

Judge Edward M. Chen